IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ADAM SCHWEIZ AG,                    )
                                    )    2:07-cv-1143-GEB-GGH
                Plaintiff,          )
                                    )
        v.                          )    ORDER
                                    )
MITCHELL ENGINEERING; ARCH          )
INSURANCE COMPANY; and ARCH         )
REINSURANCE COMPANY,                )
                                    )
                Defendants.         )
                                    )
```

       Plaintiff has filed a motion to extend the time for service of its complaint, arguing that it "has good reason to believe the case can be settled if additional time is granted, before the necessity of serving the Summons and Complaint" and that "[i]t would be a waste of the parties' time and money to serve the Complaint . . . if the case can be settled, without service of the suit."  (Mot. ¶ 2.)  However, Plaintiff has not shown that good cause justifies extending the time for Plaintiff to serve its complaint.  See Fed. R. Civ. P. 4(m).  Therefore, Plaintiff's motion is denied.

       Additionally, Plaintiff has failed to timely file a status report, as required by the June 14, 2007 Order Setting Status

1  (Pretrial Scheduling) Conference.  (June 14 Order at 2.)  Plaintiff is
2  warned that, in the future, such a failure could result in the
3  imposition of sanctions.  The status (pretrial scheduling) conference
4  currently set for September 17, 2007 is rescheduled to commence at
5  9:00 a.m. on November 26, 2007.  The parties shall file a joint status
6  report no later than fourteen days prior to the status conference.
7           IT IS SO ORDERED.
8  Dated:  September 5, 2007
9
10                                 _____
                                   GARLAND E. BURRELL, JR.
11                                 United States District Judge